UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERRY SHRIVER,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART, INC a Delaware Corporation,<br><br>    Defendant. | Case No.: 5:24-cv-02690-NC<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

This 10th day of October, 2025.



_____
Hon. Judge N.

Submitted by:

/s/ James M. Loren
Law Offices of Goldberg & Loren, P.A.
2416 W. Shaw Street, Suite 114
Fresno, California 93711
pleadings@goldbergloren.com
*Attorney for Plaintiff*

-1-

Order of Dismissal